

February 24, 2020

**VIA ECF**

Honorable William H. Pauley, III
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**MEMO ENDORSED**

Re: *Hadwan v. United States Department of State et al.*
Docket No. 1:17-cv-00578 (WHP)

Honorable Judge Pauley:

This office represents the Plaintiff in the above-referenced matter. Plaintiff's counsel writes to request an adjournment of the pre-motion conference set for March 10, 2020 at 02:30pm. Plaintiff's counsel has a hearing in the Western District of New York that day and would be unable to attend the scheduled hearing.

Defendants' counsel consents to the request and the parties agree to and propose the following dates: March 20, 2020, March 27, 2020 or April 7, 2020.

Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/ Julie Goldberg
Julie A. Goldberg, Esq.
GOLDBERG & ASSOCIATES
Attorney for Plaintiff

cc via ECF: AUSA Brandon Waterman

Application granted. The pre-motion conference originally scheduled for March 10, 2020 at 2:30 p.m. is adjourned to March 20, 2020 at 11:30 a.m.

Dated: February 26, 2020
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

**NEW YORK**
5586 Broadway, Third Floor
Bronx, NY 10463
Tel. 718.432.1022
Fax. 718.432.1044

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423
Tel. 818.999.1599
Fax. 818.343.3933