UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

| | : | |
|---|---|---|
| MANSOOR HAMOUD HADWAN, | : | |
| | : | 17cv578 |
| Plaintiff, | : | |
| | : | ORDER |
| -against- | : | |
| | : | |
| UNITED STATES DEPARTMENT OF STATE, UNITED STATES EMBASSY, SANA'A, YEMEN. | : | |
| | : | |
| Defendants. | : | |

---------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to use the following dial-in information for the pre-motion conference scheduled for April 27, 2020 at 2:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: April 23, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.