UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MANSOOR HAMOUD HADWAN,

        Plaintiff,

        -against-

UNITED STATES DEPARTMENT OF STATE, UNITED STATES EMBASSY, SANA'A, YEMEN.

        Defendants.

------------------------------------

17cv578

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties appeared for a pre-motion teleconference on April 27, 2020. Each party is directed to file a letter memorandum no longer than three pages by May 11, 2020 discussing whether this action concerns the State Department's initial revocation of Hadwan's passport or the Hearing Officer's upholding of that revocation.

Dated: April 28, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.