UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------

MANSOOR HAMOUD HADWAN,

    Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF STATE, UNITED STATES EMBASSY, SANA'A, YEMEN.

    Defendants.

----------------------------------

17cv578

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties are directed to appear for a telephonic pre-motion conference on June 10, 2020 at 11:00 a.m.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: June 4, 2020
    New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.