USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANSOOR HAMOUD HADWAN, :
:
                        Plaintiff, :
:
      -against- :      17-CV-578 (VEC)
:
UNITED STATES DEPARTMENT OF STATE, :      ORDER
UNITED STATES EMBASSY, SANA'A, :
YEMEN, :
:
                      Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 28, 2021, this case was reassigned to the Undersigned;

    IT IS HEREBY ORDERED THAT:  No later than **August 5, 2021**, the parties are directed to submit a joint letter on the status of this case.  Plaintiff's counsel must also confirm that she is still in regular contact with Mr. Hadwan.

**SO ORDERED.**

**Date:  July 28, 2021**
        **New York, New York**                           **VALERIE CAPRONI**
                                                      **United States District Judge**