USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MANSOOR HAMOUD HADWAN,

                             Plaintiff,

           -against-                         17-CV-578 (VEC)

UNITED STATES DEPARTMENT OF STATE,        ORDER
UNITED STATES EMBASSY, SANA'A,
YEMEN,

                             Defendant.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 28, 2021, this case was reassigned to the Undersigned;

IT IS HEREBY ORDERED THAT: A teleconference will be held on **August 30, 2021 at 10:30 a.m.** The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0578.

**SO ORDERED.**

Date: **August 27, 2021**
       **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**