**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MANSOOR HAMOUD HADWAN,

                        Plaintiff,

    -against-                                        17 **CIVIL** 578 (VEC)

                                                                             **<u>JUDGMENT</u>**

UNITED STATES DEPARTMENT OF STATE
and UNITED STATES EMBASSY, SANA'A,
YEMEN,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2022, Defendants' motion for summary judgment is GRANTED. Plaintiff has impermissibly premised some of his claims on new arguments not raised during the administrative process and has abandoned other claims, both explicitly and by failing to respond to Defendants' arguments. In sum, Plaintiff has offered no evidence to convince the Court that Defendants' revocation of Plaintiff's passport and CRBA was arbitrary and capricious. That said, that Court takes the Government at its word that it will consider, if submitted, DNA evidence that proves Plaintiff is actually the child of Hamoud Hadwan and is, therefore, entitled to a United States passport; accordingly, the case is closed.

**Dated:**  New York, New York

      May 31, 2022

                                                              **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                     **BY:**  *K. Mango*
                                                             **Deputy Clerk**