USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANSOOR HAMOUD HADWAN,

                           Plaintiff,

      -against-

UNITED STATES DEPARTMENT OF STATE
and UNITED STATES EMBASSY, SANA'A,
YEMEN,

                        Defendants.
-------------------------------------------------------------- X

17-CV-578 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the United States Court of Appeals for the Second Circuit reversed the State Department's decision to uphold the revocation of Appellant Hadwan's Consular Report of Birth Abroad and passport.

    IT IS HEREBY ORDERED that the State Department must return Hadwan's Consular Report of Birth Abroad and expired passport so that he may reapply for a new United States passport without prejudice if he so chooses.

    IT IS FURTHER ORDERED that **no later than October 15, 2025,** the parties must submit a joint letter confirming to the Court that Defendants have complied with this Order.

    SO ORDERED.

Date: September 26, 2025
       New York, NY

                                                 **VALERIE CAPRONI**
                                          **United States District Judge**