

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

November 7, 2025

**MEMO ENDORSED**

Re: *Hadwan v. United States Department of State et al.*
Docket No. 1:17-cv-00578-VEC-SDA

Dear Judge Caproni:

Pursuant to the Court's order permitting a remote appearance upon letter request, Plaintiff respectfully seeks leave for lead counsel, Julie A. Goldberg, to appear by Microsoft Teams at the November 12, 2025 status conference at 10:30 a.m. Ms. Goldberg is scheduled to be in Imperial Beach, California for immigration proceedings on Thursday, November 13, 2025, and will be in mandatory client meetings and preparation on November 12 in connection with those proceedings. A remote appearance will avoid travel disruption while allowing counsel to address all topics the Court identified for discussion at the conference.

Accordingly, Plaintiff respectfully requests that the Court permit Ms. Goldberg to appear via Microsoft Teams at the November 12, 2025 status conference.

Respectfully submitted,

Application GRANTED.  The Court will provide the Microsoft Teams information to Ms. Goldberg by email prior to the conference.

SO ORDERED.    11/10/2025

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**GOLDBERG & ASSOCIATES**

By:  */s/ Julie Goldberg*
Julie Goldberg, Esq.
*Counsel for the Plaintiffs*
3005 Oakwood Boulevard
Melvindale, MI 48122
Tel: (818) 999-1559

email: ecf@goldbergimmigration.com

CC (via ECF): AUSA, Brandon Waterman, *Counsel for Defendants*

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423
Tel. 818.999.1599

**EGYPT**
103B Abdulaziz Al Saud Street
Al Manyal Al Gharbi, Old Cairo
In Front of Al Funun Garden
3rd Floor Office Number 32
Tel. +20 15 00011711 (Voice)

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122
Tel. 818.999.1559

**NEW YORK**
2403 2nd Avenue
New York, New York 10035
Tel. 718.432.1022

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House

1