



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

November 7, 2025

**MEMO ENDORSED**

Re: *Hadwan v. United States Department of State et al.*
Docket No. 1:17-cv-00578-VEC-SDA

Dear Judge Caproni:

Pursuant to the Court's November 5, 2025 Order, Plaintiff submits under seal the emergency circumstances identified in his October 1, 2025 passport application. A supporting letter from the treating physician dated November 5, 2025 is attached as **Exhibit A**.

Respectfully submitted,

Plaintiff's Motion to Seal is GRANTED.

SO ORDERED.   11/10/2025

*/s/ Valerie Caproni/*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**GOLDBERG & ASSOCIATES**
By: */s/ Julie Goldberg*
Julie Goldberg, Esq.
*Counsel for the Plaintiffs*
3005 Oakwood Boulevard
Melvindale, MI 48122
Tel: (818) 999-1559
Email: ecf@goldbergimmigration.com

CC (via ECF): AUSA, Brandon Waterman, *Counsel for Defendants*

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91323
Tel. 818.999.1599

**EGYPT**
103B Abdulaziz Al Saud Street
Al Manyal Al Gharbi, Old Cairo
In Front of Al Funun Garden
3rd Floor Office Number 32
Tel. +20 15 00011711 (Voice)

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122
Tel. 818.999.1559

**NEW YORK**
2403 2nd Avenue
New York, New York 10035
Tel. 718.432.1022

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House