USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANSOOR HAMOUD HADWAN,    :
:
                       Plaintiff,    :
:
      -against-    :    17-CV-578 (VEC)
:
UNITED STATES DEPARTMENT OF STATE,    :    ORDER
and UNITED STATES EMBASSY, SANA'A,    :
YEMEN,    :
:
                      Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 18, 2025, the United States Court of Appeals for the Second Circuit reversed the State Department's decision to uphold the revocation of Mr. Hadwan's Consular Report of Birth Abroad and passport, Dkt. 155;

      WHEREAS on September 26, 2025, reiterating the mandate of the Second Circuit, this Court ordered that the State Department must return Mr. Hadwan's Consular Report of Birth Abroad ("CRBA") and expired passport so that he may reapply for a new United States passport without prejudice if he so chooses, Dkt. 156;

      WHEREAS on October 17, 2025, Mr. Hadwan's attorney received a reissued CBRA for Mr. Hadwan, the original CRBA having been destroyed when the U.S. Embassy in Sana'a, Yemen was closed, Dkts. 163 and 168;

      WHEREAS on October 22, 2025, Mr. Hadwan's attorney received a certified copy of the data/biographic page of Mr. Hadwan's expired 2004 passport, the original having also been destroyed when the U.S. Embassy in Sana'a, Yemen was closed, Dkts. 163 and 167;

WHEREAS both in writing and before the Court, the State Department represented that it had been unable to locate any other pages of Mr. Hadwan's expired 2004 passport, Dkt. 167-1;

WHEREAS on November 11, 2025, the State Department represented that emergency passports were issued to Mr. Hadwan and his three youngest children, Dkt. 174;

WHEREAS on November 12, 2025, the parties appeared before the Court; and

WHEREAS before the Court, Mr. Hadwan's counsel represented that (1) Mr. Hadwan received a travel document, not an emergency passport; (2) his two older children and spouse did not receive any documentation; and (3) Mr. Hadwan had returned to the United States.

IT IS HEREBY ORDERED that the mandate of the Second Circuit and the September 26, 2025, Order of this Court have been satisfied.

IT IS FURTHER ORDERED that the parties are encouraged to discuss further resolution. The Court urges the State Department to work with Ms. Goldberg, Mr. Hadwan's counsel, in the spirit of the mandate, to avoid prejudice to Mr. Hadwan's passport application. In this vein, the Court notes Mr. Waterman's representation that he would ask his client, the State Department, to take reasonable steps to search for and provide certified records relating to Mr. Hadwan's previous passport applications.

The Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

Date: **November 12, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**