```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANSOOR HAMOUD HADWAN,                                         :
                                                               :
                                    Plaintiff,                 :
                                                               :
                  -against-                                    :     17-CV-578 (VEC)
                                                               :
UNITED STATES DEPARTMENT OF STATE,                             :     ORDER
and UNITED STATES EMBASSY, SANA'A,                             :
YEMEN,                                                         :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 17, 2025, the Court ordered the parties to submit a joint letter containing a proposed briefing schedule for Plaintiff's Equal Access to Justice Act (EAJA) Motion, Dkt. 176;

WHEREAS on November 19, 2025, Plaintiff submitted a letter, Dkt. 177; and

WHEREAS later on November 19, 2025, Defendants submitted a letter, Dkt. 178.

IT IS HEREBY ORDERED that the Court will hold in abeyance setting a briefing schedule for two weeks. If the Government has not filed a motion to remand the EAJA motion that is pending in the Second Circuit by **December 5, 2025**, the Court will set a briefing schedule. If a motion for remand has been filed, the Court will defer setting a briefing schedule pending a decision on the Government's motion.

While the Court is not unsympathetic to the Assistant U.S. Attorney's workload, the Court is also mindful that Plaintiff is the prevailing party and his attorney has been working on this case for years, work that was caused by actions of the AUSA's client. Those competing interests will be taken into account in the briefing schedule the Court will set. The Court also

encourages the parties to consider whether a settlement conference regarding EAJA fees would be productive. The parties assigned Magistrate Judge is Judge Stewart D. Aaron.

**SO ORDERED.**

Date: **November 21, 2025**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**