UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MANSOOR HAMOUD HADWAN,                    :
                                          :
                              Plaintiff,  :
                                          :
          -against-                       :          17-CV-578 (VEC)
                                          :
UNITED STATES DEPARTMENT OF STATE,        :          ORDER
and UNITED STATES EMBASSY, SANA'A,        :
YEMEN,                                    :
                                          :
                             Defendants.  :
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff's Equal Access to Justice Act (EAJA) Motion, Dkt. 176, is pending;

WHEREAS Plaintiff also has an EAJA motion for work arising out of the same facts underlying this case currently pending in the Second Circuit, Dkt. 148, Case No. 22-1624; and

WHEREAS on December 1, 2025, Defendants made a motion to remand Plaintiff's EAJA motion pending in the Second Circuit to this Court, Dkt. 162, Case No. 22-1624.

IT IS HEREBY ORDERED that the Court will hold in abeyance setting a briefing schedule for the EAJA Motion at Dkt. 176 until the Second Circuit's decision on Defendants' motion to remand.  Within one week of the Second Circuit's decision, Defendants must file a letter on this docket informing the Court of the Second Circuit's decision.

The Court continues to encourage the parties to consider whether a settlement conference regarding EAJA fees would be productive.  The assigned Magistrate Judge for this case is Judge Stewart D. Aaron.

**SO ORDERED.**

Date:  **December 9, 2025**
       **New York, New York**

_____
        **VALERIE CAPRONI**
     **United States District Judge**